UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRUCE DEL TURCO, VINCENT DELAZZERO, THOMAS LANE and JAMES BARTALONE, as Trustees and Fiduciaries of the TILE LAYERS LOCAL UNION 52 PENSION, INSURANCE AND WELFARE, AND ANNUITY FUNDS, ROBERT WELTER, RONALD ADE, JAMES BARTALONE, JOSEPH CURVINO, JR., LOUIS FILIPPI and BRUCE DEL TURCO, as Trustees and Fiduciaries of the TILE FINISHERS LOCAL UNION NO. 77 OF NY & NJ PENSION, WELFARE AND ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN, SCOTT ERATH and VINCENT ANASTASI, as Trustees and Fiduciaries of the TILE HELPERS LOCAL 88 WELFARE, ANNUITY AND VACATION FUNDS, JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, JOSEPH SPERANZA, JR. and VINCENT DELAZZERO, as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS and CHARLES HILL, as President of the TILE MARBLE & TERRAZZO LOCAL UNION NO. 7 OF NEW YORK AND NEW JERSEY,

Plaintiffs,

-against-

AC FLOORING, INC. and ALEXANDRA CARAPEZZA,

Defendants.

04 Civ. 4559 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JUN 29 2005 ★
BROOKLYN OFFICE

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that the above-captioned action is hereby discontinued with prejudice and without costs to either party as against the other.

Dated: New York, New York
       March ___, 2005

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

By: _____
    Charles R. Virginia (CV 8214)
    Trinity Centre
    111 Broadway, Suite 1403
    New York, New York 10006
    (212) 943-9080
    Attorneys for Plaintiffs


GENOVA, BURNS & VERNOIA

By: _____
    ~~Francis J. Vernoia ( )~~ Dina M. Mastellone (DM 6946)
    Eisenhower Plaza II
    Suite 2575
    354 Eisenhower Parkway
    Livingston, New Jersey 07039-1023
    (973) 533-0777
    Attorneys for Defendants


SO ORDERED:

_____
U.S.D.J.   June 20, 2005

2